LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
        Colton, California 92324
        Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
        E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN A LUCERO, | ) | No.  CV 14 - 4141 RNB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($1,800.00) subject to the terms of the stipulation.

DATE:  July 17, 2015        _____

HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE